ACORDA THERAPEUTICS INC.,
Plaintiff–Appellant,

v.

APOTEX INC. and Apotex Corp.,
Defendants–Appellees.

No. 2012–1019.

United States Court of Appeals,
Federal Circuit.

June 11, 2012.

James B. Monroe, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Austin, TX, argued for plaintiff-appellant. With him on the brief were Paul W. Browning and Andrea Denise Main. Of counsel on the brief was Gregory A. Castanias, Jones Day, of Washington, DC.

Kevin M. Nelson, Locke Lord LLP, of Chicago, IL, argued for defendants-appellees. With him on the brief were Keith D. Parr, Scott B. Feder, Hugh S. Balsam, and James T. Peterka. Of counsel on the brief was Alan B. Clement.

LOURIE, PROST, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.